Accused Products

All LED lighting products, including with the following names and/or item numbers and all variants thereof, including, without limitation, models with different color temperatures, covers, length, and/or package size:

    1900004
    1900005
    1900005-4
    1900006
    1900019-DW
    1900021-DW
    1900024-DW
    1900028-NW-US-4
    1900029-DW-US-4