*Blackbird Technologies v. LETIANLIGHTING, INC.*
**Exemplary Infringement Claim Chart (Model No. 1900005)**

| No. | Claim | Accused Products |
|---|---|---|
| | | **Claim 12** |
| 12 | An energy-efficient lighting apparatus for retrofit with an existing light fixture having a ballast cover, comprising: | To the extent the preamble is construed to be limiting, the Exemplary Product satisfies this limitation because it is an energy-efficient lighting apparatus for retrofit with an existing lighting fixture having a ballast and, accordingly, a ballast cover:<br><br>[Image of product label showing: 1900005, Input Voltage: 100-277 V AC, Input frequency: 50/60 Hz, Output Power: 18 W, Color Temperature: 6000 K, Ta: −25°C~+40°C, Size: 26.5x1198 mm/1.04x47.16 in, Dimmable: NO, barcode 4 897033 160827, UL CLASSIFIED c-US mark, LE logo] |

1

|  |  | Installation Instructions:<br><br>**Packing list**<br>The retrofit kits include LED tube, instruction, field-applied label.<br><br>**Precautions**<br>1. A user replaceable light source and is known as a self-ballasted LED Tube Lamp.<br>2. An electronic LED Driver was built inside the unit<br>3. For use in dry location only.<br>4. Not for use with light dimmers.<br>5. These lamps should be installed by an electrician.<br>6. This device is not intended for use with emergency exits.<br>7. These lamps work on line voltage and all ballasts and starters require to be removed before the installation.<br>8. Please contact your authorized dealer, distributor if you have any questions not addressed in these instructions. |
|---|---|---|

WARNING ⚠

1. Danger-Risk of Shock - Disconnect Power Before Installation.
2. Risk of fire or electric shock. Install this kit only in the luminaires that have the construction features and dimensions showed in the drawings.
3. Risk of fire or electric shock. LED Retrofit Kit installation requires knowledge of luminaries electrical systems. If not qualified, do not attempt installation. Contact a qualified electrician.
4. Do not make or alter any open holes in an enclosure of wiring or electrical components during kit installation.
5. To prevent wiring damage or abrasion, do not expose wiring to edges of sheet metal or other sharp objects.
6. To avoid potential fire or shock hazard, do not use this retrofit kit in luminaries employing shunted bi-pin lampholders.





| | | |
|---|---|---|
| 12a | a housing having an attachment surface and an illumination surface; | The Exemplary Product includes a housing having an attachment surface and an illumination surface. |



| | |  |
|---|---|---|
| 12b | a plurality of illumination surface holes in the illumination surface; | The Exemplary Product contains a plurality of illumination surface holes in the illumination surface: |



Plurality of illumination surface holes in the illumination surface

| | | |
|---|---|---|
| 12c | a circuit board comprising a plurality of light-emitting diodes, wherein the circuit board is positioned adjacent the housing so that the plurality of light-emitting diodes protrude through the plurality of illumination surface holes in the illumination surface; and | The Exemplary Product includes a circuit board comprising a plurality of light-emitting diodes, wherein the circuit board is positioned adjacent the housing so that the plurality of light-emitting diodes protrude through the plurality of illumination surface holes in the illumination surface. |



Circuit board comprising a plurality of LEDs



* * *

| | | |
|---|---|---|
| | | Alternatively, to the extent the light-emitting diodes are mounted on the circuit board such that the lowest point on the light-emitting diodes is not physically below the illumination surface, the Exemplary Product satisfies this limitation under the doctrine of equivalents.<br><br>In addition, to the extent the Exemplary Product is determined to not literally contain a "circuit board" as recited in the claim because it contains a flexible circuit, the product satisfies this limitation under the doctrine of equivalents. |
| 12d | a fastening mechanism for securing the attachment surface of the lighting apparatus to the illumination surface, wherein the lighting apparatus is coupled to a wall switch and wherein the illumination of the light-emitting diodes is controllable based upon the | The Exemplary Product contains a fastening mechanism for securing the attachment surface of the lighting apparatus to the illumination surface. |

| | | |
|---|---|---|
| | position of the wall switch. | <br>Fastening Mechanism<br><br>* * *<br><br>The Exemplary Product satisfies the remainder of this limitation because it is capable of being coupled to a wall switch such that the illumination of the light-emitting diodes is controllable based upon the position of the wall switch. |

13

|  |  | Alternatively, Defendant has contributed to and induced infringement of claim 12 of the '747 patent as described in the Complaint. |
|---|---|---|